**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6373**

———————

NICHOLAS W. JONES,

Plaintiff - Appellant,

versus

M. E. TUTHILL, Captain, CO, V; M. D. GAVIGAN,
Sergeant, CO, III; L. BROWN, Officer, CO, II;
JOHN SWIVEL, Officer, CO, II; R. CHERRY,
Officer, CO, II; R. BURKER, Officer, CO, II;
RICHARD A. LANHAM, SR., Commissioner; WILLIAM
L. SMITH, Warden; MARYLAND DIVISION OF
CORRECTION-PERSONNEL AND OFFICIALS; BOB
FEENEY, Project Administrator, Correctional
Medical Systems, Incorporated; STEPHEN MACK,
Matt, Doc Adjustment Hearing Officer,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frank A. Kaufman, Senior District Judge.
(CA-93-2644-K)

———————

Submitted:  June 12, 1997          Decided:  June 18, 1997

———————

Before WIDENER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Nicholas W. Jones, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Glenn William Bell, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Philip Melton Andrews, Aron Uri Raskas, KRAMON & GRAHAM, P.A., Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting him twenty days in which to submit the filing fee and denying him pro bono representation. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2